FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
SEALED
2025 MAR 18 PM 12: 37
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO JOSE PERDOMO,<br>MICHEL MARTINEZ-GONZALEZ,<br>ALFREDO ZAMBRANO-HURTADO,<br>SUMIT CHAUDHARI,<br>KAVANKUMAR PATEL, and<br>VISHAL GOSWAMI<br><br>    Defendants. | 8:25CR 70<br><br>INDICTMENT<br>18 U.S.C. § 1594(c)<br>18 U.S.C. § 1591(a) & (b)(1)<br>18 U.S.C. § 2251(a) & (e) |

The Grand Jury charges that

## COUNT I

1. Beginning on an unknown date, but from at least on or about December 16, 2024, and continuing through on or about January 7, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, EDUARDO JOSE PERDOMO, MICHEL MARTINEZ-GONZALEZ, and ALFREDO ZAMBRANO-HURTADO, and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a minor female, identified as MINOR VICTIM 1, her name and date of birth fully known to the Grand Jury, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the

1

age of 18 years old, and knowing and in reckless disregard that MINOR VICTIM I would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a) and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 1 to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a).

## WAYS, MANNER, AND MEANS OF THE CONSPIRACY

2. The purpose of the conspiracy was to obtain money and other items of value for members of the conspiracy.

3. Members of the conspiracy would and did use MINOR VICTIM 1 to facilitate the conspiracy.

4. Members of the conspiracy would and did use vehicles and public highways to drive the MINOR VICTIM 1 to hotels, motels, and other locations for commercial sex acts, including in Omaha, Nebraska.

5. Members of the conspiracy obtained and paid for hotel and motel rooms for commercial sex acts involving MINOR VICTIM 1.

6. Members of the conspiracy used the internet and mobile cellular devices to advertise commercial sex acts involving MINOR VICTIM 1 and to arrange for such acts to occur.

7. Members of the conspiracy would and did require MINOR VICTIM 1 to pay a portion or all of the payments received for commercial sex acts to members of the conspiracy.

In violation of Title 18, United States Code, Section 1594(c).

## COUNT II

1.  Beginning on an unknown date, but from at least on or about December 16, 2024, and continuing through on or about January 7, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, EDUARDO JOSE PERDOMO, MICHEL MARTINEZ-GONZALEZ, and ALFREDO ZAMBRANO-HURTADO, and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a minor female, identified as MINOR VICTIM 2, her name and date of birth fully known to the Grand Jury, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was under the age of 18 years old, and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a) and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 2 to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a).

### WAYS, MANNER, AND MEANS OF THE CONSPIRACY

2.  The purpose of the conspiracy was to obtain money and other items of value for members of the conspiracy.

3

3. Members of the conspiracy would and did use MINOR VICTIM 2 to facilitate the conspiracy.

4. Members of the conspiracy would and did use vehicles and public highways to drive the MINOR VICTIM 2 to hotels, motels, and other locations for commercial sex acts, including in Omaha, Nebraska.

5. Members of the conspiracy obtained and paid for hotel and motel rooms for commercial sex acts involving MINOR VICTIM 2.

6. Members of the conspiracy used the internet and mobile cellular devices to advertise commercial sex acts involving MINOR VICTIM 2 and to arrange for such acts to occur.

7. Members of the conspiracy would and did require MINOR VICTIM 2 to pay a portion or all of the payments received for commercial sex acts to members of the conspiracy.

In violation of Title 18, United States Code, Section 1594(c).

**COUNT III**

On or about December 16, 2024, through January 6, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, EDUARDO JOSE PERDOMO, MICHEL MARTINEZ-GONZALEZ, and ALFREDO ZAMBRANO-HURTADO, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a minor female identified as MINOR VICTIM 1, and benefit financially or by receiving anything of value, from participating in a venture which has engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard

that MINOR VICTIM 1 would be caused to engage in a commercial sex act and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

### COUNT IV

On or about December 16, 2024, through January 6, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, EDUARDO JOSE PERDOMO, MICHEL MARTINEZ-GONZALEZ, and ALFREDO ZAMBRANO-HURTADO, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain a minor female identified as MINOR VICTIM 2, and benefit financially or by receiving anything of value, from participating in a venture which has engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 2 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

### COUNT V

On or about January 3, 2025, through January 6, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, SUMIT CHAUDHARI, KAVANKUMAR PATEL, and VISHAL GOSWAMI, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, a minor female identified as MINOR

VICTIM 1, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT VI

On or about January 3, 2025, through January 6, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, SUMIT CHAUDHARI, KAVANKUMAR PATEL, and VISHAL GOSWAMI, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, a minor female identified as MINOR VICTIM 2, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM 2 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT VII

On or about December 16, 2024, through January 6, 2025, in the District of Nebraska, the defendants, EDUARDO JOSE PERDOMO and MICHEL MARTINEZ-GONZALEZ, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of

6

producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce and using a means or facility of interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT VIII

On or about December 16, 2024, through January 6, 2025, in the District of Nebraska, the defendants, EDUARDO JOSE PERDOMO and MICHEL MARTINEZ-GONZALEZ, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce and using a means or facility of interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DANIELLE FLIAM #25658
Assistant U.S. Attorney