IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>KAVANKUMAR PATEL,<br><br>                Defendant. | **8:25CR70**<br><br>**ORDER** |

      This matter is before the Court on defendant, Kavankumar Patel's Motion to Extend Deadline to File Pretrial Motion ([Filing No. 76](#)).  The motion is unopposed by the government.  For good cause shown, the Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED:

1)    Defendant, Kavankumar Patel's Motion to Extend Deadline to File Pretrial Motions ([Filing No. 76](#)), is granted.

2)    The deadline to file pretrial motions is extended to June 16, 2025.

3)    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting these motions and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of these motions, that is, the time between today's date and June 16, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant these motions would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

      Dated this 14th day of May, 2025.

                                                          BY THE COURT:

                                                          s/Michael D. Nelson
                                                          United States Magistrate Judge